

January 8, 2024

**Via ECF**

Magistrate Judge Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York NY 10007

> This request is GRANTED. The conference
> shall be held **on March 20, 2024 at 10:30
> am**. The parties should dial +1 646-453-4442
> and enter the pass code 245092310#.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> Jennifer E. Willis
> United States Magistrate Judge
>
> January 9, 2024

      Re:    *Baez v. Marisco*,
               2:23-CV-06954 (ALC)(JEW)

Dear Judge Willis:

      We represent all Defendants in the above-referenced matter. We write on behalf of all parties to request an adjournment of the Initial Conference which is currently scheduled for January 17, 2024.  We make this request because this matter has been referred to mediation and an initial mediation conference date of February 22, 2024 has been set.

      Thank you for your consideration of this request. This is the parties' first request for an adjournment in this matter and this request will not impact any other dates in this matter.

                        Respectfully submitted,

                        *AM*

                        Andrea Moss
                        Attorney for Defendants

11 prospect street, suite 1a
huntington, ny 11743
t/f: 631.423.3440
sima.ali@alilawgroup.com
www.alilawgroup.com