

February 27, 2024

<u>Via ECF</u>
Magistrate Judge Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York NY 10007

Re:  Baez v. Marisco,
2:23-CV-06954 (ALC)(JEW)

> This request is GRANTED. The conference scheduled for March 20th is adjourned without a new date. The Parties shall provide an update on the status of settlement negotiations by **April 15th**. SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> Jennifer E. Willis
> Untied States Magistrate Judge
>
> February 28, 2024

Dear Judge Willis:

    We represent all Defendants in the above-referenced matter. We write on behalf of all parties to request an extension of the time for the parties to complete mediation and an adjournment of the Initial Conference which is currently scheduled for March 20, 2024. We make this request because this matter has been referred to mediation and an initial mediation conference date of April 2, 2024 has been set. The parties and mediator consented to move the mediation date in order to allow the parties more time to engage in informal discovery in preparation for the mediation. We therefore request until April 10 to complete mediation and that the conference currently scheduled for March 20 be scheduled to a date after April 10, 2024.

    Thank you for your consideration of this request. This is the parties' second request for an adjournment of the conference date.

Respectfully submitted,

<u>/s/Andrea Moss</u>
Andrea Moss
Attorney for Defendants

11 prospect street, suite 1a
huntington, ny 11743
t/f: 631.423.3440
sima.ali@alilawgroup.com
www.alilawgroup.com