

October 20, 2025

<u>Via ECF</u>
Magistrate Judge Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York NY 10007

> The request to adjourn the confeerence *sin die* is **GRANTED.**
> SO ORDERED.
>
> _____
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> October 21, 2025

        Re:    Baez v. Marisco,
                1:23-CV-06954 (ALC)(JEW)

Dear Judge Willis:

      We represent Defendants in the above-referenced matter. We write on behalf of all parties to request that the conference currently scheduled in this matter for October 23, 2025, be adjourned *sine die*. We make this request because, on October 6, 2025, the parties submitted a proposed stipulation and order (ECF No. 40) regarding conditional class certification and no longer need a conference to discuss this matter with the Court.

      For the foregoing reasons the parties respectfully request that the conference currently scheduled in this matter for October 23, 2025, be adjourned *sine die* and that the Court so-order the proposed stipulation and order.

                                      Respectfully submitted,

                                      _____
                                      Andrea Moss
                                      Attorney for Defendants

11 prospect street, suite 1a
huntington, ny 11743 t/f: 631.423.3440

andreamoss@alilawgroup.com