**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LUISA ALONZO BAEZ**,**

                      Plaintiff,

                -against-

MARISCOS RAMIREZ, INC.,

                    Defendant.
-------------------------------------------------------------------X

**ORDER**

**23-CV-6954 (ALC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the Parties' request for a one-month extension of discovery deadlines for settlement and mediation. Dkt. No. 51. The request is GRANTED. If the Parties are seeking a referral to the court's mediation program, the Parties should respond via joint letter to be filed on ECF by June 24, 2026. If the Parties are not seeking a referral they need not file a joint letter.

      SO ORDERED.

DATED:     New York, New York
            June 17, 2026

                                _JENNIFER E. WILLIS_
                                 United States Magistrate Judge